Simon **TUCKER**, Appellant,

v.

Celia **GENSBERG** and **Irwin Gensberg**, Appellees.

No. 2768.

Municipal Court of Appeals for the
District of Columbia.

Argued July 31, 1961.

Decided Aug. 17, 1961.

Simon Tucker, Silver Spring, Md., with whom Samuel C. Klein, Washington, D. C., was on the brief, pro se.

Richard W. Galiher, Washington, D. C., with whom Hyman M. Goldstein and Gerald Golin, Washington, D. C., were on the brief, for appellees.

Before HOOD and QUINN, Associate Judges, and SMITH, Chief Judge of the Municipal Court for the District of Columbia, sitting by designation.

PER CURIAM.

Appellant brought this action in the United States District Court for false arrest and imprisonment, assault, and slander. He asked $100,000 for compensatory and punitive damages. The case was certified to the Municipal Court for trial and re-

sulted in a jury verdict for appellees. This appeal followed.

Twenty-three assignments of error are alleged, the majority of which are frivolous. We have carefully reviewed the voluminous transcript and find no basis for disturbing the judgment.

Affirmed.